(March 16, 2006)

■ ANN STYLES et al., Respondents-Appellants, v GENERAL MOTORS CORPORATION, Appellant-Respondent, and PHILIP WIENER et al., Respondents, et al., Defendant. [810 NYS2d 330]—Cross appeals from judgment, Supreme Court, New York County (Donna Mills, J.), entered October 1, 2002, unanimously withdrawn in accordance with the terms of the correspondence of the parties hereto and the transcript of the proceedings before the Supreme Court, New York County (Helen E. Freedman, J.), dated January 31, 2006. No opinion. Concur—Buckley, P.J., Mazzarelli, Friedman, Gonzalez and Catterson, JJ.